UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 - 10048 RGS

December 31, 2003

MAGISTRATE JUDGE Bowler

Kelly St. Fort
# Petitioner

Vs.

Joseph F. McDonough

Sheriff of Plymouth County
Department of Homeland Security

# Respondent

**Application for Federal writ of habeas corpus
Under 28 U.S.C. 2241**

I am presently confined at the Plymouth County Correctional Facility.
The basis of my petition is about continued detention by the Homeland Security.
The DHS does not have authority to detain me indefinitely. In this my detention is unlawful because my removal cannot be completed in the near future. Zaduyday Vs. Davis 533 U. S. 678 (2001).
I was ordered on July 31, 2002 to be deported. I have given the DHS all the information they needed in order to get my travel documents: place of birth, date of birth, year I entered in the U.S., fingerprints and photos. I have requested to speak to my consulate, all in vain. My detention is in violation of my rights. After three months from the date of my final order, I received a letter stating that my detention will be continued because I am a flight risk and I do not have family ties. I do believe that I am not a flight risk.
I have exhausted my administrative remedies by requesting for release from my deportation officer in Boston (Claudia English) and the Headquarters in Washington and thus my last option is this judicial action.
Upon release, I do have a guardian who is willing to support me until I get back on my feet. I will avail myself to the DHS anytime expected until my removal is imminent. I am willing to abide with all the conditions imposed on me upon release.

I declare under penalty and perjury that the foregoing is true and correct.

Kelly St. Fort
Kelly St. Fort

December 31, 2003