UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KELLY ST. FORT,
        Petitioner,

v.

JOSEPH F. McDONOUGH,
        Respondent.

CIVIL ACTION

NO.  04-10048-RGS

O R D E R

STEARNS, D. J.

      On January 7, 2004, petitioner Kelly St. Fort, an immigration detainee currently confined at the Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under Section 2241 and submitted the $5 filing fee.

      The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (1) Sheriff Joseph F. McDonough, Plymouth County House of Correction, 26 Long Pond Road, Plymouth, MA  02360; (2) the United States Attorney; AND (3) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114 AND

      The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading  AND

      The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

 1/12/04                                  s/ Richard G. Stearns
Date                                      United States District Judge

(2241servINS.wpd - 09/00)                                                          [2241serv.]