UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KELLY ST. FORT,                           )
                                          )
                Petitioner                )
                                          )          Civil Action No.
         v.                               )          04cv10048-RGS
                                          )
JOSEPH F. MCDONOUGH, SHERIFF,             )
PLYMOUTH COUNTY,                          )
                                          )
                Respondent                )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on March 1, 2004.**

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

         By:     _____.
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on February 4, 2004.

_____

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114