UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KELLY ST. FORT

V.　　　　　　　　　　　CIVIL ACTION NO. 04-10048-RGS

JOSEPH MC DONOUGH, SHERIFF,
PLYMOUTH COUNTY

## ORDER OF DISMISSAL

STEARNS, DJ.　　　　　　　　　　　MARCH 5, 2004

THIS COURT HAVING ALLOWED RESPONDENT'S MOTION TO DISMISS ON FEBRUARY 12, 2004,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

　　　　　　　　　　　RICHARD G. STEARNS
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BY:　/s/ Mary H. Johnson
　　　_____
　　　Deputy Clerk